Monday, April 11, 2011

No. 10–0651/CG. U.S. v. Daniel A. Garcia. CCA 1317. On further consideration of the granted issue, 69 M.J. 402 (C.A.A.F. 2010), and in light of *United States v. Medina*, 69 M.J. 462 (C.A.A.F. 2011), it is ordered that the decision of the United States Coast Guard Court of Criminal Appeals is hereby affirmed.

No. 11–0046/NA. U.S. v. Kevin T. Romanosky. CCA 201000009. On further consideration of the granted issue, 69 M.J. 431 (C.A.A.F. 2010), and in light of *United States v. Medina*, 69 M.J. 462 (C.A.A.F. 2011) and *United States v. Prather*, 69 M.J. 338 (C.A.A.F. 2011), it is ordered that the decision of the United States Navy–Marine Corps Coast Guard Court of Criminal Appeals is hereby affirmed.

Misc. No. 11–8021/NA. William J. Wieczorek, Jr., Appellant v. United States, Appellee. CCA 201100036. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Navy–Marine Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this 11th day of April, 2011.

